UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel |
| v. | : | Mag. No. 21-15173 |
| DA YING SZE, YUNQIN LIU, YUFENG GAO, FRANCISCO RODRIGUEZ, FAI NGAI, and XIUMEI LIN | : | **SEALING ORDER** |

Upon application of the Acting United States Attorney for the District of New Jersey (by Mark J. Pesce, Assistant United States Attorney), for an order sealing the Complaint, arrest warrants, and all supporting papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 6th day of May, 2021,

ORDERED that the Complaint and all supporting papers in the above-captioned matter be sealed, except for such copies of the arrest warrants, Complaint, or supporting papers, if any, that are needed to effectuate its purpose, until the arrest warrants are executed or until further order of the Court.

IT IS FURTHER ORDERED that, once the arrest warrants are executed, the Complaint, arrest warrant, and this Order be and are hereby unsealed.

_____
HONORABLE EDWARD S. KIEL
United States Magistrate Judge