# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel |
| v. | : | Mag. No. 21-15173 |
| DA YING SZE | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Mark J. Pesce, Assistant United States Attorney), and defendant Da Ying Sze (by Joel Cohen, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including March 31, 2022 to permit the parties to prepare for and schedule the Rule 11 hearing; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and four prior continuances having been entered upon application of the parties; and the defendant, through the defendant's attorney, having consented to the continuance; and time having been excluded from December 29, 2021 through January 31, 2022, pursuant to Standing Order 2021-11; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The United States the defendant have entered into a plea agreement and need additional time to prepare for and schedule the Rule 11 hearing, which will render trial in this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 28th day of January, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including March 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including March 31, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ Edward S. Kiel
HONORABLE EDWARD S. KIEL
United States Magistrate Judge

Form and entry consented to:

_____
Mark J. Pesce
Assistant U.S. Attorney

/s/ Francesca Liquori
Francesca Liquori
Chief, OCDETF/Narcotics Unit

_____
Joel Cohen, Esq.
Counsel for Defendant Da Ying Sze