AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF NEW JERSEY 

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:21-mj-15173-ESK |
| DA YING SZE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DA YING SZE

Date:        02/21/2022

*Attorney's signature*

JOEL STEVEN COHEN  JC6998
*Printed name and bar number*
75 MAIDEN LANE
SUITE 607
NEW YORK, NY 10038

*Address*

JCESQ99@GMAIL.COM
*E-mail address*

(212) 571-8899
*Telephone number*

(646) 219-3352
*FAX number*